FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 24 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DOMINIC DEAN ADAMS, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | No. 13-72158 <br><br> ORDER |

Before:    CANBY, SILVERMAN, and PAEZ, Circuit Judges.

The application for authorization to file a second or successive 28 U.S.C. § 2255 habeas corpus motion in the district court raises issues that warrant a response. *See* 9th Cir. R. 22-3(d).

Within 21 days after the date of this order, respondent shall file a response. Petitioner may file a reply within 14 days after service of the response.

The Clerk shall serve this order and a copy of the application on respondent's counsel, Sandra Marie Hansen, Assistant U.S. Attorney, USTU–Office of the U.S. Attorney, 405 West Congress Street Suite 4800, Tucson, AZ 85701-5021.